```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                           Case No. 17-06877-BMW
Lazar Enterprises, Inc.                                          Chapter 11
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0970-4          User: admin              Page 1 of 1           Date Rcvd: Jun 21, 2017
                              Form ID: 309F            Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2017.
```
db             Lazar Enterprises, Inc.,    7075 S. Plumber Ave., #4,   Tucson, AZ  85756-6926
14580427      +American Express,    c/o Gurstel Law Firm,    9320 East Raintree Drive,
                Scottsdale, AZ 85260-2016
14580413       Ariz. Dept. of Revenue,    Bankruptcy Sec.,    1600 West Monroe,    Phoenix, AZ 85007-2612
14580428      +Beach Fleischman, PC,    PO Box 64130,    Tucson, AZ 85728-4130
14580420      +COLONIAL FUNDING NETWORK, INC. as servicing,    provider for CORE BUSINESS FINANCE, INC.,
                120 West 45th Street. 2nd Fl.,    New York, New York 10036-4041
14580423      +Clean Energy Finance, LLC,    2700 S. Price Road, MAC S3928-034,    Chandler, AZ 85286-7804
14580419      +Clean Energy Fuels,    PO Box 515444,    Los Angeles, CA 90051-6744
14580414      +Edward K. Bernatavicius,    Office of the United States Trustee,
                230 N. First Avenue, Suite 204,    Phoenix, AZ 85003-1725
14580415       IOU Financial,    PO Box 503550,    San Diego, CA 92150-3550
14580425      +Jack Furrier Tire & Auto,    P.O. Box 26911,    Tucson, AZ 85726-6911
14580418      +Kasey C. Nye, Lawyer PLLC,    1661 N. Swan Rd.,Suite 238,    Tucson, AZ 85712-4053
14580421       Madden Media,    Connecting People to Places,    345 E. Toole Ave., Tucson, AZ 85701
14580417      +On Deck Captial,    c/o Eric H. Horn,    Vogel Bach & Horn,    1441 Broadway Suite 5031,
                New York, NY 10018-1905
14580426      +The Desert Leaf,    3978 E Ft. Lowell Rd,    Tucson, AZ 85712-1010
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: knye@kcnyelaw.com Jun 21 2017 23:45:22      KASEY C. NYE,
                Kasey C. Nye, Lawyer, PLLC,    1661 North Swan Road, Suite 238,    TUCSON, AZ  85712
smg            EDI: AZDEPREV.COM Jun 21 2017 23:08:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
14580412       EDI: IRS.COM Jun 21 2017 23:08:00      IRS,   P.O. Box 7346,    Phillidelphia, PA 19101-7346
14580416      +E-mail/Text: bankruptcy@ondeck.com Jun 21 2017 23:48:24      On Deck Captial,
                901 N Stuart St. Suite 700,    Arlington, VA 22203-4129
14580422      +EDI: WFFC.COM Jun 21 2017 23:08:00      Wells Fargo Equipment Finance,
                733 Marquette Ave, Suite 700,    Minneapolis, MN 55402-2340
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14580424    ##+TUCSON AIRPORT AUTHORITY, INC.,,   Tucson International Airport,    7005 South Plumer Ave.,
                Tucson, AZ 85756-6926
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2017 at the address(es) listed below:
```
              EDWARD K. BERNATAVICIUS    on behalf of U.S. Trustee    U.S. TRUSTEE
               edward.k.bernatavicius@usdoj.gov
              KASEY C. NYE   on behalf of Debtor    Lazar Enterprises, Inc. knye@kcnyelaw.com
                                                                                             TOTAL: 2
```

| | | |
|---|---|---|
| Debtor | **Lazar Enterprises, Inc.**<br>Name | EIN  86–0628268 |
| United States Bankruptcy Court  **District of Arizona**<br>Case number:  **4:17–bk–06877–BMW** | | Date case filed for chapter  **11**   6/16/17 |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case      12/15

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Lazar Enterprises, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Arizona Stagecoach | |
| 3. | **Address** | 7075 S. Plumber Ave., #4<br>Tucson, AZ 85756–6926 | |
| 4. | **Debtor's attorney**<br>Name and address | KASEY C. NYE<br>Kasey C. Nye, Lawyer, PLLC<br>1661 North Swan Road, Suite 238<br>TUCSON, AZ 85712 | Contact phone  520–399–7368<br><br>Email: knye@kcnyelaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701–1704** | Office Hours: 9:00 am – 4:00 pm<br>Monday–Friday<br><br>Contact Phone: (520) 202–7500<br>Date: 6/21/17 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **July 27, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**James A. Walsh Courthouse, 38 S. Scott Avenue, Suite 140, Tucson, AZ** |

**For more information, see page 2 >**

Official Form 309F (For Corporations or Partnerships)      **Notice of Chapter 11 Bankruptcy Case**      page 1

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |