Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. $ 77,821.42

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................... $ 77,821.42

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ 261,707.82

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................... $ 10,043.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........... + $ 261,815.57

4. **Total liabilities**............................................................................................................. $ 533,565.82
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: LAZAR ENTERPRISES, INC.

United States Bankruptcy Court for the: District of ARIZONA (State)

Case number (If known): 4:17-bk-06877-BMW

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Alliance Bank | Checking | | $ 740.02 |
| 3.2. Alliance Bank | Savings | | $ 40.00 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | | | $ |
| 4.2. | | | $ |

5. **Total of Part 1** $ 780.02
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. | $ |
| 7.2. | $ |

Case 4:17-bk-06877-BMW    Doc 27    Filed 07/05/17    Entered 07/05/17 08:55:06    Desc
Main Document    Page 2 of 20

Debtor  LAZAR ENTERPRISES, INC.   Case number (*if known*) 4:17-bk-06877-BMW
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. _____  $_____
   8.2. _____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                              $_____

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ■ Yes. Fill in the information below.

                                                                                 **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   4,676.60             –   0.00                   = ........→   $ 4,676.60
                                face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:      _____      –   _____        = ........→   $_____
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 4,676.60

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                           **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:
    15.1. _____   _____%   _____   $_____
    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____   _____   $_____
    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                           $_____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page **2**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ❑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**                                                                                   $_____

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
- ❑ No
- ❑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ❑ No
- ❑ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ❑ No
- ❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.   $_____

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☐ No. Go to Part 8.
    - ■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Various office furniture | $ 20,227 | 5% of Cost | $ 1,011.35 |
| 40. **Office fixtures** <br> See #39 | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> See #39 | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.   $ 1,011.35

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ☐ No
    - ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 See Attached List — $52,400.00 — Owner Estimate/KBB — $52,400.00
    47.2 ___ — $___ — ___ — $___
    47.3 ___ — $___ — ___ — $___
    47.4 ___ — $___ — ___ — $___

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 ___ — $___ — ___ — $___
    48.2 ___ — $___ — ___ — $___

49. **Aircraft and accessories**

    49.1 ___ — $___ — ___ — $___
    49.2 ___ — $___ — ___ — $___

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    Various Machinery & Equipment — $51,143 — 5% of Cost — $2,557.15

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.    $54,957.15

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor  LAZAR ENTERPRISES, INC.  Case number (*if known*) 4:17-bk-06877-BMW

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office Lease | Leasehold Improvements | $36,490.00 | No value achievable | $0.00 |
| 55.2 Terminal Lease | Leasehold Improvements | $14,081.50 | No value achievable | $0.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.** $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites**<br>www.azstagecoach.com | $0.00 | in goodwill | $0.00 |
| 62. **Licenses, franchises, and royalties**<br>Software Licenses | $14,000 | not assignable | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill**<br>Arizona Stagecoach | $12,483 | 10% of book value | $1,248.30 |

66. **Total of Part 10.** $1,248.30
    Add lines 60 through 65. Copy the total to line 89.

Official Form 206A/B  Schedule A/B: Assets — Real and Personal Property  page **6**

Case 4:17-bk-06877-BMW   Doc 27   Filed 07/05/17   Entered 07/05/17 08:55:06   Desc
Main Document    Page 7 of 20

| Debtor | LAZAR ENTERPRISES, INC. | Case number (if known) 4:17-bk-06877-BMW |
|---|---|---|
| | Name | |

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ■ No
    - ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ❏ No
    - ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ❏ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ❏ No. Go to Part 12.
    - ■ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____ − _____ = → $_____
    Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____  Tax year _____  $_____
    _____  Tax year _____  $_____
    _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**
    _____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____  $_____
    Nature of claim      _____
    Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____  $_____
    Nature of claim      _____
    Amount requested     $_____

76. **Trusts, equitable or future interests in property**
    _____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    Judgment for Attorney's Fees- in FRANK F WEBER v. Debtor C-20111573 Not collectable   $ 15,148
    _____  $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.   $ 15,148

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

Debtor  LAZAR ENTERPRISES, INC.  Case number (if known) 4:17-bk-06877-BMW
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 780.02 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 4,676.60 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 1,011.35 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 54,957.15 | |
| 88. **Real property.** Copy line 56, Part 9. ............... → | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 1,248.30 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 15,148 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............ 91a. | $ 77,821.42 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... $ 77,821.42

Vehicles

| Vehicle # | Year | Unit | Make | Model | VIN | Cost New | Outstanding | Value |
|---|---|---|---|---|---|---|---|---|
| 1 | 2007 | 604 | Ford | E350 Econoline | 1FBSS31L67DA94549 | $39,873.00 | $0.00 | $1,000.00 |
| 2 | 2007 | 603 | Ford | E350 Econoline | 1FBSS31L17DA67789 | $39,873.00 | $0.00 | $1,000.00 |
| 4 | 2012 | 606 | Ford | E350 Econoline | 1FBSS3BL0CDB10138 | $46,730.00 | $0.00 | $7,200.00 |
| #REF! | 2012 | 605 | Ford | E350 Econoline | 1FBSS3BL0CDB10144 | $46,730.00 | $0.00 | $7,200.00 |
| 5 | 2012 | 608 | Ford | E350 Econoline | 1FBSS3BL4CDB10143 | $47,265.00 | $9,000.00 | $7,200.00 |
| 6 | 2012 | 607 | Ford | E350 Econoline | 1FBSS3BLXCDB10146 | $47,265.00 | $9,000.00 | $7,200.00 |
| 7 | 2012 | 610 | Ford | E350 Econoline | 1FBSS3BL2CDB10142 | $48,532.00 | $0.00 | $7,200.00 |
| 8 | 2012 | 601 | Ford | E350 Econoline | 1FBSS3BL9CDB10137 | $41,902.00 | $14,000.00 | $7,200.00 |
| 9 | 2012 | 602 | Ford | E350 Econoline | 1FBSS3BL8CDB10145 | $41,902.00 | $14,000.00 | $7,200.00 |
| 10 | | | | | | | | $52,400.00 |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |

**Fill in this information to identify the case:**

Debtor name: LAZAR ENTERPRISES, INC.

United States Bankruptcy Court for the: District of ARIZONA (State)

Case number (If known): 4:17-bk-06877-BMW

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* — Amount of claim. Do not deduct the value of collateral.
   *Column B* — Value of collateral that supports this claim

**2.1 Creditor's name:** Wells Fargo Equipment Finance
   **Creditor's mailing address:** 733 Marquette Ave Suite 700, Minneapolis, MN 55402
   **Creditor's email address, if known:**
   **Date debt was incurred:** 3/2013
   **Last 4 digits of account number:** 9333-100
   **Do multiple creditors have an interest in the same property?** ☒ No  ☐ Yes

   **Describe debtor's property that is subject to a lien:**
   2012 Ford E350 CNG Vans, VIN:1FBSS3BL4CDB10143 — $18,189.00 / $14,400.00
   2012 Ford E350 CNG Vans, VIN:1FBSS3BLXCDB10146

   **Describe the lien:** Purchase Money Title Lien
   **Is the creditor an insider or related party?** ☒ No ☐ Yes
   **Is anyone else liable on this claim?** ☐ No  ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
   **As of the petition filing date, the claim is:** Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☒ Disputed

**2.2 Creditor's name:** Wells Fargo Equipment Finance, Inc.
   **Creditor's mailing address:** 733 Marquette Ave Suite 700, Minneapolis, MN 55402
   **Creditor's email address, if known:**
   **Date debt was incurred:** 12/2013
   **Last 4 digits of account number:** 9333-101
   **Do multiple creditors have an interest in the same property?** ☒ No  ☐ Yes

   **Describe debtor's property that is subject to a lien:**
   2012 Ford E350 CNG Vans, VIN:1FBSS3BL9CDB10137 — $28,425 / $14,400.00
   2012 Ford E350 CNG Vans, VIN:1FBSS3BL8CDB10145

   **Describe the lien:** title lien
   **Is the creditor an insider or related party?** ☒ No ☐ Yes
   **Is anyone else liable on this claim?** ☐ No  ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
   **As of the petition filing date, the claim is:** Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $_____

| Debtor | LAZAR ENTERPRISES, INC. | Case number (if known) 4:17-bk-06877-BMW |
|---|---|---|
| | Name | |

# Part 1: Additional Page

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3

**Creditor's name**
On Deck Capital, Inc.,

**Creditor's mailing address**
901 N Stuart St., Suite 700
Arlington, VA 22203

**Creditor's email address, if known**

**Date debt was incurred** 12/2015
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Have you already specified the relative priority?
  ■ No. Specify each creditor, including this creditor, and its relative priority.
    On Deck Capital
    Core Business Finance
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Merchant Service Receivables, Accounts receivable other personal property.

**Describe the lien**
1st lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127,000    $ 25,421.42

### 2.4

**Creditor's name**
Core Business Finance

**Creditor's mailing address**
120 West 45th St. 2nd Floor
New York, NY 10036

**Creditor's email address, if known**

**Date debt was incurred** 8/2016 & 10/2016
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ■ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**
Merchant Service Receivables, Accounts Receivable Other personal property

**Describe the lien**
2nd Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 87,187    $ 0.00

| Debtor | LAZAR ENTERPRISES, INC. | Case number (if known) | 4:17-bk-06877-BMW |
|---|---|---|---|

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David Garrett<br>1441 Broadway \| 5th Floor<br>New York, NY 10018 | Line 2. 3 | ___ ___ ___ ___ |

# Official Form 206E/F

**Fill in this information to identify the case:**

Debtor: LAZAR ENTERPRISES, INC.

United States Bankruptcy Court for the: District of ARIZONA (State)

Case number (If known): 4:17-bk-06877-BMW

☐ Check if this is an amended filing

## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address:
Internal Revenue Service
P.O. Box 7346
Phliladelphia, PA 19101-7346

As of the petition filing date, the claim is: $0.00    Priority amount: $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred: Notice Only

Basis for the claim: Taxes-notice only

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address:
Ariz. Department of Revenue, Bankr. Sec
600 West Monroe, 7th Floor
Phoenix, AZ 85007-2612

As of the petition filing date, the claim is: $0.00    Priority amount: $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred: NOTICE ONLY

Basis for the claim: NOTICE ONLY

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address:
Various Customers that pre-paid for Shuttle Services
Addresses unknown/
See attached list.

As of the petition filing date, the claim is: $10,043    Priority amount: $10,043
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred: Various

Basis for the claim: Prepayment of Services not yet provided

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 5

| Debtor | LAZAR ENTERPRISES, INC. | Case number (if known) 4:17-bk-06877-BMW |
|---|---|---|
| | Name | |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>IOU Financial<br>PO Box 503550<br>San Diego, CA 92150-3550<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Merchant Loan<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $33,000 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Clean Energy Fuels<br>PO Box 515444<br>Los Angeles, CA 90051-6741<br><br>Date or dates debt was incurred: Various<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $52,545.07 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Madden Media<br>345 E. Toole Ave.<br>Tucson, AZ 85701<br><br>Date or dates debt was incurred: Various<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $2,450.84 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>On Deck Capital Inc.<br>901 N Stuart St. Suite 700<br>Arlington, VA 22203<br><br>Date or dates debt was incurred: 6/4/2015<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Line of Credit<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $21,164.64 |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Core Business Finance, Inc.<br>120 West 45th St. 2nd Floor<br>New York, NY 10036<br><br>Date or dates debt was incurred<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Loan<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $87,187 |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Tucson Airport Authority, Inc<br>7250 S. Tucson Blvd., Suite #300<br>Tucson, Arizona 85756<br><br>Date or dates debt was incurred<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Rent<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $11,716 |

**Part 2:   Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7  Nonpriority creditor's name and mailing address**
Jack Furrier Tire & Auto
PO Box 26911
Tucson, AZ 85726

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 6,788.02

**3.8  Nonpriority creditor's name and mailing address**
The Desert Leaf
3978 E Fort Lowell Rd
Tucson, AZ 85712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 1,194.00

**3.9  Nonpriority creditor's name and mailing address**
American Express c/o Gurstel Law Firm
9320 East Raintree Dr.
Scottsdale, AZ 85260

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Credit Card

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 45,270.84

**3.10  Nonpriority creditor's name and mailing address**
Beach Fleischman, PC
PO Box 64130
Tucson, AZ 85728

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Services

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 500.00

**3.__  Nonpriority creditor's name and mailing address**
Kirk Markworth
10053 E Lurlene Drive
Tucson, AZ 85730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Loans to Company

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 62,000

Debtor   LAZAR ENTERPRISES, INC.               Case number (*if known*) 4:17-bk-06877-BMW
         Name

# Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ __ __ |
| 4.4. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ 4__ of __ 5__

Debtor  LAZAR ENTERPRISES, INC.  
      *Name*

Case number *(if known)* 4:17-bk-06877-BMW

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 10,043 |
| 5b. **Total claims from Part 2** | 5b. + | $ 261,815.57 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 271,858.57 |

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor name | LAZAR ENTERPRISES, INC. | | |
| United States Bankruptcy Court for the: | | District of | ARIZONA (State) |
| Case number (If known): | 4:17-bk-06877-BMW | Chapter | 11 |

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office/Lot Lease | TUCSON AIRPORT AUTHORITY, INC., Tucson International Airport 7250 S. Tucson Blvd., Suite #300 Tucson, AZ 85756 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Counter Lease | TUCSON AIRPORT AUTHORITY, INC., Tucson International Airport 7250 S. Tucson Blvd., Suite #300 Tucson, AZ 85756 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case and this filing:**

Debtor Name: LAZAR ENTERPRISES, INC

United States Bankruptcy Court for the: _____ District of ARIZONA (State)

Case number (If known): 4:17-bk-06788-BMW

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/03/2017       ✗ /s/Kirk Markworth
MM / DD / YYYY                Signature of individual signing on behalf of debtor

                              KIRK MARKWORTH
                              Printed name

                              PRESIDENT/CEO
                              Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors