KASEY C. NYE, LAWYER, PLLC
1661 North Swan Road, Suite 238
Tucson, Arizona 85712
www.kcnyelaw.com
Phone: (520) 399-7361
Fax: (520) 413-2147
Email: knye@kcnyelaw.com

By: Kasey C. Nye, #20610
*Proposed Counsel for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAZAR ENTERPRISES, INC, d.b.a. ARIZONA STAGECOACH an Arizona corporation<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:17-bk-06877-BMW<br><br>**MOTION TO CONVERT CASE TO CHAPTER 7**<br><br>**Hearing Date:**<br>**Hearing Time:**<br>**Hearing Locations:**<br>**U.S. Bankruptcy Court, Courtroom 446**<br>**38 South Scott Avenue,**<br>**Tucson, Arizona, 85701** |

Debtor and debtor-in-possession, Lazar Enterprises, Inc., ("**Debtor**") hereby respectfully requests that the Court enter an order under 11 U.S.C. § 1112(a) and rule 1017 Fed. R. Bankr. P. converting this case to Chapter 7. The Debtor lacks sufficient capital, credit and revenue to continue operations. A proposed form of which is attached hereto as Exhibit A.

DATED: July 5, 2017

                                          KASEY C. NYE, LAWYER, PLLC,

                                          By /s/Kasey C. Nye, #20610
                                              Kasey C. Nye

                                          Proposed Attorneys for the Debtor

Copies of this Motion are served by email this 5th day of July 2017 on:

Edward Bernatavicius
United States Trustee's Office
230 North 1st Avenue
Phoenix, Arizona 85003
edward.k.bernatavicius@usdoj.gov

# Exhibit A

KASEY C. NYE, LAWYER, PLLC
1661 North Swan Road, Suite 238
Tucson, Arizona 85712
www.kcnyelaw.com
Phone: (520) 399-7361
Fax: (520) 413-2147
Email: knye@kcnyelaw.com

By: Kasey C. Nye, #20610
*Proposed Counsel for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAZAR ENTERPRISES, INC, d.b.a. ARIZONA STAGECOACH an Arizona corporation<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:17-bk-06877-BMW<br><br>**ORDER CONVERTING CASE TO CHAPTER 7**<br><br>**Hearing Date:**<br>**Hearing Time:**<br>**Hearing Locations:**<br>**U.S. Bankruptcy Court, Courtroom 446**<br>**38 South Scott Avenue,**<br>**Tucson, Arizona, 85701** |

This matter came before the Court on the motion ("**Motion**") of debtor and debtor-in-possession, Lazar Enterprises, Inc., ("**Debtor**") under 11 U.S.C. § 1112(a) and rule 1017 Fed. R. Bankr. P. to convert this case to Chapter 7. Based on the Debtor's Motion and good cause appearing,

**IT IS HEREBY ORDERED** converting this case to Chapter 7.

**[DATED AND SIGNED ABOVE]**