| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Lazar Enterprises, Inc.**<br>Name | EIN | **86–0628268** |
| United States Bankruptcy Court | **District of Arizona** | Date case filed in chapter **11** | **6/16/17** |
| Case number: | **4:17–bk–06877–BMW** | Date case converted to chapter **7** | **7/6/17** |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Lazar Enterprises, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Arizona Stagecoach | |
| 3. | **Address** | 7075 S. Plumber Ave., #4<br>Tucson, AZ 85756–6926 | |
| 4. | **Debtor's attorney**<br>Name and address | KASEY C. NYE<br>Kasey C. Nye, Lawyer, PLLC<br>1661 North Swan Road, Suite 238<br>TUCSON, AZ 85712 | Contact phone 520–399–7368<br>Email: knye@kcnyelaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TRUDY A. NOWAK<br>2001 E. Campbell Ave., Suite 201<br>Phoenix, AZ 85016 | Contact phone 480–759–0524<br>Email: trustee@tanowak.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701–1704** | Office Hours: 9:00 am – 4:00 pm<br>Monday–Friday<br><br>Contact Phone: (520) 202–7500<br>Date: 7/14/17 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 15, 2017 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**James A. Walsh Courthouse, 38 S. Scott Avenue, Suite 140, Tucson, AZ** |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page **1**

Case 4:17-bk-06877-BMW    Doc 36    Filed 07/14/17    Entered 07/14/17 08:53:08    Desc
Ch 7 First Mtg Corp POC     Page 1 of 2

| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** Filing deadline: 11/13/17 |
|---|---|---|
| | | **Deadline for governmental units to file a proof of claim:** Filing deadline: 1/2/18 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set** page **2**

Case 4:17-bk-06877-BMW    Doc 36    Filed 07/14/17    Entered 07/14/17 08:53:08    Desc
Ch 7 First Mtg Corp POC    Page 2 of 2