TRUDY A. NOWAK
Chapter 7 Trustee
2001 E. Campbell Ave., Suite 201
Phoenix, AZ 85016
Telephone: (480) 447-2514
Email: trustee@tanowak.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAZAR ENTERPRISES, INC., | ) | Case No. 4:17-bk-06877-BMW |
| | ) | |
| | ) | WITHDRAWAL |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| Debtors. | ) | TO ABANDON PROPERTY |
| | ) | |

NOTICE IS GIVEN that Trudy A. Nowak, Chapter 7 Trustee, proposes to withdrawal the previously filed Notice of Trustee's Intent to Abandon Property filed on 07/22/2017 Docket Entry #44. The trustee will be administering these assets.

**2012 Ford E350 Econoline VIN: 1FBSS3BL4CDB10143**
**2012 Ford E350 Econoline VIN: 1FBSS3BLXCDB10146**
**2012 Ford E350 Econoline VIN: 1FBSS3BL9CDB10137**
**2012 Ford E350 Econoline VIN: 1FBSS3BL8CDB10145**

Dated: August 4, 2017  */s/ TRUDY A. NOWAK*
Chapter 7 Trustee

To be mailed by the Bankruptcy Noticing Center to all creditors and parties in interest on the master mailing list.