James S. Samuelson (SBN 017471)
samuelson@sackstierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2654
Facsimile: 480.970.4610
*Attorneys for Trustee Trudy A. Nowak*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| LAZAR ENTERPRISES, INC., | No. 4:17-bk-06877-BMW |
| Debtor. | **MOTION TO APPROVE SALE OF ESTATE PROPERTY AND ASSIGN PHONE NUMBER** |

Pursuant to 11 U.S.C. § 363 and Bankruptcy Rules 2002 and 6004, Trudy A. Nowak, the duly appointed Chapter 7 trustee herein ("Trustee"), applies for an order approving the sale of bankruptcy estate property and assignment of the debtor's phone number. In support of this Motion, Trustee states:

1. Debtor, Lazar Enterprises, Inc., dba Arizona Stagecoach, filed a petition for relief under Chapter 11 of the Bankruptcy Code was filed by the debtor on June 16, 2017, the case was converted to Chapter 7 effective July 6, 2017.

2. Trustee has determined that she wishes to sell and assign personal property of the estate to Lloyd Dillon ("Buyer"), 1440 North Warner Drive, Apache Junction, Arizona, 85210. Buyer is not an insider under 11 U.S.C. § 101(31)(B).

3. The property of the estate to be <u>sold</u> are five (5) Ford E350 Econoline passenger vans and debtor's rights to its domain name (the "Property"). A description of the Property along with the purchase price are as follows:

| Property | | | Price |
|---|---|---|---|
| 2007 Ford | E350 Econoline | Vin # 1FBSS31L67DA94549 | $1,000.00 |
| 2007 Ford | E350 Econoline | Vin # 1FBSS31L17DA67789 | $1,000.00 |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL0CDB10138 | $4,500.00 |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL0CDB10144 | $4,500.00 |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL2CDB10142 | $4,500.00 |
| Domain name - azstagecoach.com | | | $1,500.00 |

4. The domain name is personal property of the bankruptcy estate under 11 U.S.C. § 541(a)(1) capable of being sold by the Trustee.

5. The estate also seeks to <u>assign</u> its rights to debtor's phone number, 520-889-1000, to Buyer for the sum of $1,500.00. Upon court approval of this Motion, Buyer may contract directly with the provider of the phone number.

6. The total purchase price for the sale of the vehicles, domain name, and assignment of the phone number is $18,500.00.

7. The Property to be sold/assigned is also set forth in a Notice to Creditors and Interested Parties of Sale ("Notice of Sale"), attached hereto as Exhibit A. The sale will be noticed in compliance with Bankruptcy Rule 2002.

8. Upon review, the Trustee has determined that there are no liens or encumbrances on the Property.

9. The proposed sale of the Property, is one not in the ordinary course of business, as provided by 11 U.S.C. § 363(b). The sale will be free and clear of any potential liens, which are to attach to the sale proceeds. Because there are no known liens, the sale will be in excess of the aggregate value of all known liens against the Property. Therefore, the Trustee proposes to sell the Property free and clear of liens as provided by 11 U.S.C. § 363(b) and (f).

10. The Trustee has insured the vehicles against theft and vandalism. The premium for the insurance is $135.00. Buyer shall immediately pay $135.00 to the estate, which shall hold the funds as a non-refundable deposit towards the purchase of the assets.

11. Upon completion of the sale, the Trustee shall file a report of sale with the Court.

12. The Property is being sold for cash, as is/where is/ with no warranties or representations.

13. Buyer shall pay the entire balance within five (5) days of a court order approving this motion.

WHEREFORE, Trustee respectfully requests an order of this Court:

A. Approving the sale of the Property free and clear of all liens and encumbrances with any such liens, if any, to attach to the sale proceeds pursuant to Section 363(f) and Fed. R. Bankr. P. 6004;

B. Approving the assignment of the debtor's phone number to Buyer;

C. Approving the non-refundable deposit to be paid by Buyer in the amount of $135.00; and

D. For such other and further relief as this Court deems just and proper.

DATED: August 8, 2017.

SACKS TIERNEY P.A.

By: /s/ James S. Samuelson
James S. Samuelson
*Attorneys for Trustee*

# EXHIBIT "A"

James S. Samuelson (SBN 017471)
samuelson@sackstierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2654
Facsimile: 480.970.4610
*Attorneys for Trustee Trudy A. Nowak*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| LAZAR ENTERPRISES, INC., | No. 4:17-bk-06877-BMW |
| Debtor. | **NOTICE TO CREDITORS AND INTERESTED PARTIES OF TRUSTEE'S PRIVATE SALE OF ASSETS OF THE ESTATE AND ASSIGNMENT OF PHONE NUMBER WITH TIME PERIOD SET FOR OBJECTIONS OR HIGHER OFFERS** |

**NOTICE IS HEREBY GIVEN** that property belonging to the estate of the above-named Debtor will be sold by Trudy A. Nowak, Chapter 7 Trustee. A Motion to Approve Sale of Estate Property and Assign Phone Number has been filed at Docket Number ___, as follows:

**NAME AND ADDRESS OF BUYER AND WHETHER BUYER IS AN INSIDER:**

Lloyd Dillon
1440 North Warner Drive
Apache Junction, Arizona 85210.

Buyer is not an insider.

**DESCRIPTION OF PROPERTY TO BE SOLD:**

| | | |
|---|---|---|
| 2007 Ford | E350 Econoline | Vin # 1FBSS31L67DA94549 - poor condition |
| 2007 Ford | E350 Econoline | Vin # 1FBSS31L17DA67789 - poor condition |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL0CDB10138 - average condition |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL0CDB10144 - average condition |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL2CDB10142 - average condition |

Debtor's domain name - azstagecoach.com

**DESCRIPTION OF PROPERTY TO BE ASSIGNED:**

Debtor's phone number 520-889-1000

**PRICE:**

| | | |
|---|---|---|
| 2007 Ford | Vin # 1FBSS31L67DA94549 | $1,000.00 |
| 2007 Ford | Vin # 1FBSS31L17DA67789 | $1,000.00 |
| 2012 Ford | Vin # 1FBSS3BL0CDB10138 | $4,500.00 |
| 2012 Ford | Vin # 1FBSS3BL0CDB10144 | $4,500.00 |
| 2012 Ford | Vin # 1FBSS3BL2CDB10142 | $4,500.00 |
| | | |
| Debtor's domain name - azstagecoach.com | | $1,500.00 |
| | | |
| Debtor's phone number 520 889-1000 | | $1,500.00 |

**TERMS AND CONDITIONS OF SALE:**
- All sales are final and are sold as is/where is, with no warranties or representations.
- Property will be sold for cash.
- Trustee is not aware of any entities that hold an interest in the property to be sold.
- Property may be viewed by contacting the Trustee.
- Upon assignment, Buyer may contract directly with the provider of the phone number.
- Buyer has paid the Trustee a $135.00 non-refundable deposit, representing the Trustee's cost to insure the vehicles.

**HIGHER OFFER:**
Any person wishing to make a higher offer shall contact the Trustee through counsel James S. Samuelson, Sacks Tierney P.A., 4250 N. Drinkwater Blvd., Fourth Floor, Scottsdale, AZ 85251, samuelson@sackstierney.com, by mail or email within 21 days of service of this Notice, at the address above. If a person makes a higher offer, the Trustee will schedule a date and time for the sale of the Property and notify the Buyer noted above and the person making the higher offer and proceed with a sale of the Property. A backup offer is permitted in the event the person making the highest offer does not complete the sale.

**OBJECTIONS:**
Any person opposing the Trustee's private sale shall file a written objection within 21 days of service of this Notice with the United States Bankruptcy Court, 38 S. Scott Avenue, Tucson, AZ 85701 and a copy of said objection shall be served on James S. Samuelson, Sacks Tierney, P.A., 4250 N. Drinkwater Blvd, 4th Floor, Scottsdale, AZ 85251 or at samuelson@sackstierney.com. If a party in interest timely objects in writing and requests a hearing, the matter will be placed on the calendar to be heard by the United States Bankruptcy Judge. Only those objections and parties in interest will receive notice of the hearing on the objection. If there is no timely written objection, no hearing will be held

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

and the Trustee may proceed to sell/assign the property, without further order of the Court, 21 days after service of this Notice, or thereafter, on the date and time set forth above.

DATED: August 8, 2017.

SACKS TIERNEY P.A.

By: /s/ James S. Samuelson

James S. Samuelson
*Attorneys for Trustee*