James S. Samuelson (SBN 017471)
samuelson@sackstierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2654
Facsimile: 480.970.4610
*Attorneys for Trustee Trudy A. Nowak*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>LAZAR ENTERPRISES, INC.,<br>    Debtor. | Chapter 7<br>No. 4:17-bk-06877-BMW<br>**NOTICE TO CREDITORS AND INTERESTED PARTIES OF TRUSTEE'S PRIVATE SALE OF ASSETS OF THE ESTATE AND ASSIGNMENT OF PHONE NUMBER WITH TIME PERIOD SET FOR OBJECTIONS OR HIGHER OFFERS** |

**NOTICE IS HEREBY GIVEN** that property belonging to the estate of the above-named Debtor will be sold by Trudy A. Nowak, Chapter 7 Trustee. A Motion to Approve Sale of Estate Property and Assign Phone Number has been filed at Docket Number  50 , as follows:

**NAME AND ADDRESS OF BUYER AND WHETHER BUYER IS AN INSIDER:**

    Lloyd Dillon
    1440 North Warner Drive
    Apache Junction, Arizona 85210.

    Buyer is not an insider.

**DESCRIPTION OF PROPERTY TO BE SOLD:**

| | | |
|---|---|---|
| 2007 Ford | E350 Econoline | Vin # 1FBSS31L67DA94549 - poor condition |
| 2007 Ford | E350 Econoline | Vin # 1FBSS31L17DA67789 - poor condition |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL0CDB10138 - average condition |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL0CDB10144 - average condition |
| 2012 Ford | E350 Econoline | Vin # 1FBSS3BL2CDB10142 - average condition |

Debtor's domain name - azstagecoach.com

**DESCRIPTION OF PROPERTY TO BE ASSIGNED:**

Debtor's phone number 520-889-1000

**PRICE:**

| | | |
|---|---|---|
| 2007 Ford | Vin # 1FBSS31L67DA94549 | $1,000.00 |
| 2007 Ford | Vin # 1FBSS31L17DA67789 | $1,000.00 |
| 2012 Ford | Vin # 1FBSS3BL0CDB10138 | $4,500.00 |
| 2012 Ford | Vin # 1FBSS3BL0CDB10144 | $4,500.00 |
| 2012 Ford | Vin # 1FBSS3BL2CDB10142 | $4,500.00 |
| Debtor's domain name - azstagecoach.com | | $1,500.00 |
| Debtor's phone number 520 889-1000 | | $1,500.00 |

**TERMS AND CONDITIONS OF SALE:**
- All sales are final and are sold as is/where is, with no warranties or representations.
- Property will be sold for cash.
- Trustee is not aware of any entities that hold an interest in the property to be sold.
- Property may be viewed by contacting the Trustee.
- Upon assignment, Buyer may contract directly with the provider of the phone number.
- Buyer has paid the Trustee a $135.00 non-refundable deposit, representing the Trustee's cost to insure the vehicles.

**HIGHER OFFER:**
Any person wishing to make a higher offer shall contact the Trustee through counsel James S. Samuelson, Sacks Tierney P.A., 4250 N. Drinkwater Blvd., Fourth Floor, Scottsdale, AZ 85251, samuelson@sackstierney.com, by mail or email within 21 days of service of this Notice, at the address above. If a person makes a higher offer, the Trustee will schedule a date and time for the sale of the Property and notify the Buyer noted above and the person making the higher offer and proceed with a sale of the Property. A backup offer is permitted in the event the person making the highest offer does not complete the sale.

**OBJECTIONS:**
Any person opposing the Trustee's private sale shall file a written objection within 21 days of service of this Notice with the United States Bankruptcy Court, 38 S. Scott Avenue, Tucson, AZ 85701 and a copy of said objection shall be served on James S. Samuelson, Sacks Tierney, P.A., 4250 N. Drinkwater Blvd, 4th Floor, Scottsdale, AZ 85251 or at samuelson@sackstierney.com. If a party in interest timely objects in writing and requests a hearing, the matter will be placed on the calendar to be heard by the United States Bankruptcy Judge. Only those objections and parties in interest will receive notice of the hearing on the objection. If there is no timely written objection, no hearing will be held

and the Trustee may proceed to sell/assign the property, without further order of the Court, 21 days after service of this Notice, or thereafter, on the date and time set forth above.

DATED: August 8, 2017.

SACKS TIERNEY P.A.

By: /s/ James S. Samuelson
James S. Samuelson
*Attorneys for Trustee*
