James S. Samuelson (SBN 017471)
samuelson@sackstierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2654
Facsimile: 480.970.4610
Attorneys for Trustee Trudy A. Nowak

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| LAZAR ENTERPRISES, INC., | No. 4:17-bk-06877-BMW |
| Debtor. | **NOTICE OF LODGING PROPOSED FORM OF ORDER** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 9022-1 of the Local Rules of Bankruptcy Procedure for the District of Arizona, the proposed form of Order attached hereto as Exhibit "A" was lodged with the United States Bankruptcy Court on September 5, 2017.

DATED: September 5, 2017.

                SACKS TIERNEY P.A.

                By: /s/ James S. Samuelson
                      James S. Samuelson
                      4250 N. Drinkwater Boulevard
                      Fourth Floor
                      Scottsdale, Arizona 85251

COPY of the foregoing sent via
email this 5th day of September, 2017 to:

Kasey C. Nye * knye@kcnyelaw.com
Kasey C. Nye, Lawyer, PLLC
1661 N. Swan Road, Ste. 238
Tucson, AZ 85712
Attorneys for Debtor

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

1  Edward K. Bernatavicius * Edward.k.bernatavicius@usdoj.gov
   Office of the U.S. Trustee
2  230 N. First Avenue, Suite 204
3  Phoenix, AZ  85003-1706

4  By: /s/ Cathie Misquez

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

# EXHIBIT A

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAZAR ENTERPRISES, INC.,<br><br>Debtor. | Chapter 7<br><br>No. 4:17-bk-06877-BMW<br><br>**ORDER GRANTING MOTION TO APPROVE SALE OF ESTATE PROPERTY AND ASSIGN PHONE NUMBER** |

Upon consideration of the *Motion to Approve Sale of Estate Property and Assign Phone Number* ("Motion" at Docket No. 50), notice having been provided to all parties, with no objections having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** approving in its entirety, the sale of the Property free and clear of all liens and encumbrances with any such liens, if any, to attach to the sale proceeds pursuant to Section 363(f) and Fed. R. Bankr. P. 6004;

**IT IS FURTHER ORDERED** approving the assignment of the debtor's phone number to Buyer;

**IT IS FURTHER ORDERED** approving, pursuant to the Motion, the payment of the $18,500.00, purchase price, $135.00 of which was previously received and deposited by the Trustee into her trust account, with the remaining balance of $18,350.00 to be paid within five (5) days of the date of this Order

### DATED AND SIGNED ABOVE

# Single Order Upload

[4:17-bk-06877-BMW Lazar Enterprises, Inc.](#) **Converted** 07/06/2017

**The new document Lazar - Order.pdf was uploaded successfully on 9/5/2017 at 8:42 AM**

**Order type:** No Hearing Required

[4:17-bk-06877-BMW Lazar Enterprises, Inc.](#) **Converted** 07/06/2017

**Related document number:** 54
**Related document description:** Certificate of Service and No Objections
**Order ID:** [738845](#)

[Do it again](#)